**Gritstone bio, Inc. (GRTS)**                                                              **Tammy Beal**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 9/21/2023 | 78.895416 | $1.2700 |
| Purchase/Acquisition | 9/22/2023 | 39.082430 | $1.2800 |
| Purchase/Acquisition | 10/24/2023 | 25 | $1.9200 |
| Purchase/Acquisition | 11/1/2023 | 3.444430 | $1.8100 |
| Purchase/Acquisition | 11/9/2023 | 30.769230 | $1.6300 |
| Purchase/Acquisition | 11/27/2023 | 37.735849 | $1.3300 |
| Purchase/Acquisition | 12/5/2023 | 31.448590 | $1.5900 |
| Purchase/Acquisition | 12/15/2023 | 26.602819 | $1.8800 |