UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GRANVILLE,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW ALLEN, et al.,<br><br>    Defendants. | Case No.  24-cv-06018-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Charles R. Breyer for consideration of whether the case is related to *Beal v. Gritstone bio, Inc., et al.*, No. CV 24-3640.

**IT IS SO ORDERED.**

Dated: 9/17/2024

_____
VINCE CHHABRIA
United States District Judge