CATHERINE KEVANE (CSB No. 215501)
ckevane@fenwick.com
MARIE C. BAFUS (CSB No. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendants
GRITSTONE BIO, INC., ANDREW R. ALLEN,
and VASSILIKI ECONOMIDES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GRITSTONE BIO, INC. SECURITIES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No.: 3:24-cv-03640-CRB<br><br>CLASS ACTION<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Hon. Charles R. Breyer |

FENWICK & WEST LLP

FENWICK & WEST LLP

Pursuant to Civil Local Rules 3-12 and 7-11, Defendants Gritstone Bio, Inc. ("Gritstone"), Andrew R. Allen, and Vassiliki Economides respectfully submit this Administrative Motion to Consider Whether Cases Should Be Related.  This is a securities class action arising under the federal securities laws against Gritstone and certain of its officers (Andrew Allen and Vassiliki Economides).  After this suit was filed, a related stockholder derivative case was filed, also asserting federal securities law claims (and state law claims), against Gritstone's current and former officers and directors (including all of the individual defendants named here and Gritstone as nominal defendant) based largely on the same statements and allegations as those in this action.  Because the matters are interrelated, Defendants hereby move this Court to consider whether, under Civil Local Rules 3-12(b) and 7-11, the two cases should be deemed related and assigned to a single judge.  In order of filing date, the matters submitted for determination are as follows:

| **Case Name** | **Case Number** | **Filing Date** |
| --- | --- | --- |
| *In re Gritstone Bio, Inc. Securities Litigation* ("Securities Action") | 3:24-cv-03640 | 6/17/2024 |
| *Granville v. Allen et al.* ("*Granville*") | 4:24-cv-06018 | 8/26/2024 |

As required by Local Rule 3-12(b), Defendants are promptly submitting this motion in the lowest-numbered case (the Securities Action) after learning of a related action filed in this District (*Granville*).  Civil Local Rule 3-12(a) provides that an action is related to another when: "(1) [t]he actions concern substantially the same parties, property, transaction, or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  These criteria are met here.

The allegations at issue in *Granville* and the Securities Action concern substantially the same parties and events.  Plaintiffs in both cases purport to be Gritstone stockholders and both actions name Andrew R. Allen and Vassiliki Economides as defendants. Gritstone is named as a defendant in the Securities Action and as a nominal defendant in *Granville*.  While *Granville* is a purported derivative action and this case is a securities class action, the allegations in both actions concern substantially the same events, *i.e.*, defendants' public statements during the same period

of March 9, 2023 to February 29, 2024 and the subject matter of those statements. Both actions also purport to assert claims under the federal securities laws. Further, because the plaintiffs in the derivative suit (*Granville*), base their damage claims in part on the alleged liability in the Securities Action, *Granville* is necessarily related to the Securities Action and will require coordination. *See, e.g., Granville*, Dkt. No. 1, ¶ 10.

Given that substantially similar parties, statements, and events are involved in each of the actions, there will be an unduly burdensome duplication of labor and expense, and potentially inconsistent results, if the cases were to be conducted before different judges. Accordingly, relating these actions will serve the interests of judicial economy and avoid the potential for conflicting results, consistent with Civil Local Rule 3-12(a). Indeed, securities class actions and derivative suits arising from substantially the same events are routinely deemed related and assigned to a single judge.

Plaintiff in the Securities Action does not oppose this motion. In furtherance of this motion, and in compliance with Civil Local Rule 7-11, the parties in *Granville* stipulated and agreed that *Granville* should be deemed related to the Securities Action, the first filed action; that stipulation is attached hereto as Exhibit A. For the foregoing reasons, Defendants respectfully request that the Court enter an order relating *Granville* and the Securities Action and reassigning *Granville* to this Court.

Dated:    September 18, 2024          FENWICK & WEST LLP


                                      By: */s/ Catherine D. Kevane*
                                         Catherine D. Kevane (CSB No. 215501)

                                         Attorneys for Defendants Gritstone Bio, Inc.,
                                         Andrew R. Allen and Vassiliki Economides