CATHERINE KEVANE (CSB No. 215501)
ckevane@fenwick.com
MARIE C. BAFUS (CSB No. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorneys for Defendants
GRITSTONE BIO, INC., ANDREW R. ALLEN,
and VASSILIKI ECONOMIDES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GRITSTONE BIO, INC. SECURITIES LITIGATION | Case No.: 3:24-cv-03640-CRB |
| | CLASS ACTION |
| | [PROPOSED] ORDER ON DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Hon. Charles R. Breyer |

[PROPOSED] ORDER ON ADMIN. MOT.
TO RELATE CASES

Case No.: 3:24-cv-03640-CRB

Defendants filed an Administrative Motion to Consider Whether Cases Should Be Related. Having considered the motion and related papers, and good cause appearing, the Court hereby GRANTS the Administrative Motion.  The matter captioned *Granville v. Allen et al.*, No. 4:24-cv-06018, shall be deemed related with this case, *In Re Gritstone Bio, Inc. Securities Litigation*, Case No. 3:24-cv-03640-CRB, and shall be assigned to me.

**IT IS SO ORDERED.**

Date:      September 19, 2024

_____
The Honorable Charles R. Breyer
United States District Judge

Fenwick & West LLP

[PROPOSED] ORDER ON ADMIN. MOT.
TO RELATE CASES                                    1                          Case No.: 3:24-cv-03640-CRB