CATHERINE KEVANE (CSB No. 215501)
ckevane@fenwick.com
MARIE C. BAFUS (CSB No. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

Attorneys for Defendants
GRITSTONE BIO, INC., ANDREW R. ALLEN,
and VASSILIKI ECONOMIDES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GRITSTONE BIO, INC. SECURITIES LITIGATION | Case No.: 3:24-cv-03640-CRB |
| | CLASS ACTION |
| | **NOTICE OF PENDENCY OF CASE UNDER CHAPTER 11 OF THE FEDERAL BANKRUPTCY CODE** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Hon. Charles R. Breyer |

FENWICK & WEST LLP

NOTICE OF PENDENCY

Case No.: 3:24-cv-06018-CRB

**PLEASE TAKE NOTICE** that on October 10, 2024, Gritstone bio, Inc. (the "Debtor")[1] filed a voluntary petition for relief under title 11 of chapter 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.  The Debtor's chapter 11 case was filed under Bankr. D. Del. Case No. 24-12305 (KBO) and styled as *In re Gritstone bio, Inc.*  A copy of the Debtors' chapter 11 petition is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 362(a), the Debtor's filing of a voluntary petition operates as an automatic stay, applicable to all entities, of, *inter alia*: (a) the commencement or continuation of all judicial, administrative, or other actions or proceedings against the Debtor (i) that were or could have been commenced before the commencement of the Debtor's chapter 11 case or (ii) to recover any claims against the Debtor that arose before the commencement of the Debtor's chapter 11 case; (b) the enforcement, against the Debtor or against any property of the Debtor's bankruptcy estate, of a judgment obtained before the commencement of the Debtor's chapter 11 case; or (c) any act to obtain possession of property of or from the Debtor's bankruptcy estate, or to exercise control over property of the Debtor's bankruptcy estate.

Dated:   October 15, 2024          FENWICK & WEST LLP

By: */s/  Catherine D. Kevane*
     Catherine D. Kevane (CSB No. 215501)

     Attorneys for Defendants Gritstone Bio, Inc.,
     Andrew R. Allen and Vassiliki Economides

---

[1]   The Debtor's mailing address is 4698 Willow Road, Pleasanton, CA 94588, and the last four digits of the Debtor's federal tax identification number is 9534.

FENWICK & WEST LLP