**ADAMS, DUERK & KAMENSTEIN**
Adam Kamenstein (State Bar No. 225921)
445 S. Figueroa St., Suite 2300
Los Angeles, California 90071
Telephone: (914) 536-2723
E-Mail: adam.kamenstein@adkfirm.com

**DYNAMIS LLP**
Constantine P. Economides (*pro hac vice*)
225 Franklin St., 26th Floor
Boston, Massachusetts 02110
Telephone: (305) 985-2959
E-Mail: ceconomides@dynamisllp.com

*Attorneys for Defendant Economides*

<br>

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GRITSTONE BIO, INC. SECURITIES LITIGATION | Case No. 3:24-cv-03640-CRB<br><br>CLASS ACTION<br><br>**DEFENDANT VASSILIKI ECONOMIDES'S JOINDER IN MOTION OF DEFENDANT ANDREW ALLEN'S MOTIONS**<br><br>Date:      June 20, 2025<br>Time:     10:00 a.m.<br>Dept:     Courtroom 6 – 17th Floor<br>Judge:    Hon. Charles R. Breyer |

## NOTICE OF JOINDER IN MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Vassiliki Economides ("Economides") hereby moves and joins in the Motion to Dismiss [ECF No. 55] brought pursuant to Fed. R. Civ. P 9(b) and 12(b)(6) by Defendant Andrew Allen ("Allen") against the Corrected Amended Complaint for Violations of the Federal Securities Laws ("Amended Complaint") [ECF No. 46], set for hearing on June 20, 2025 at 10:00 a.m., or as soon as available, in the courtroom of the Honorable Charles R. Breyer, 450 Golden Gate Avenue, San Francisco, CA, 94102.

Defendant Economides hereby further moves and joins in the Request for Judicial Notice [ECF No. 57] brought by Defendant Allen, set for hearing at the same date and time.

Defendant Economides hereby moves and joins in Defendant Allen's defenses and arguments as set forth in Defendant Allen's Motion to Dismiss and Motion for Judicial Notice as such defenses and arguments apply to the Amended Complaint against all defendants.

Dated: February 3, 2025                    Respectfully submitted,

                                           /s/ Adam Kamenstein

                                           Adam Kamenstein (State Bar No. 225921)
                                           **ADAMS, DUERK & KAMENSTEIN**
                                           445 S. Figueroa St., Suite 2300
                                           Los Angeles, California 90071
                                           Telephone: (914) 536-2723
                                           E-Mail: adam.kamenstein@adkfirm.com

                                           Constantine P. Economides (*pro hac vice*)
                                           **DYNAMIS LLP**
                                           225 Franklin St., 26th Floor
                                           Boston, Massachusetts 02110
                                           Telephone: (305) 985-2959
                                           E-Mail: ceconomides@dynamisllp.com

                                           *Attorneys for Defendant Economides*

**3:24-CV-03640-CRB**
**DEFENDANT'S JOINDER IN MOTION**

<u>**CERTIFICATE OF SERVICE**</u>

No. 3:24-cv-03640-CRB

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

Dated: February 3, 2025                    Respectfully submitted,

<u>/s/ Adam Kamenstein</u>
Adam Kamenstein (State Bar No. 225921)
**ADAMS, DUERK & KAMENSTEIN**
445 S. Figueroa St., Suite 2300
Los Angeles, California 90071
Telephone: (914) 536-2723
E-Mail: adam.kamenstein@adkfirm.com

Constantine P. Economides (*pro hac vice*)
**DYNAMIS LLP**
225 Franklin St., 26th Floor
Boston, Massachusetts 02110
Telephone: (305) 985-2959
E-Mail: ceconomides@dynamisllp.com

*Attorneys for Defendant Economides*

**3:24-CV-03640-CRB**
**DEFENDANT'S JOINDER IN MOTION**