1  CATHERINE D. KEVANE (CSB No. 215501)
   ckevane@fenwick.com
2  MARIE C. BAFUS (CSB No. 258417)
   mbafus@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:     415.875.2300
5  Facsimile:     415.281.1350

6  Counsel for Defendant ANDREW R. ALLEN

7  [*Additional Counsel on Signature Page*]

8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

12

13

14  IN RE GRITSTONE BIO, INC. SECURITIES      Case No.: 3:24-cv-03640-CRB
    LITIGATION
15                                            <u>CLASS ACTION</u>

16  THIS DOCUMENT RELATES TO: ALL            **STIPULATION AND [PROPOSED]
    ACTIONS                                   ORDER AMENDING BRIEFING
17                                            SCHEDULE FOR MOTON TO DISMISS
                                              THE SECOND AMENDED
18                                            COMPLAINT AND CONTINUING
                                              MOTION HEARING**
19
                                              Hon. Charles R. Breyer
20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rules 6-2, Lead Plaintiff Richard Rodriguez and Additional Plaintiff Tammy Beal ("Plaintiffs") and Defendant Andrew R. Allen ("Defendant") respectfully request that the Court enter the parties' stipulation below to amend the briefing schedule for Defendant's motion to dismiss the Second Amended Complaint (Dkt. 70, "SAC").

WHEREAS, On July 24, 2025, the Court granted Defendant's motion to dismiss the First Amended Complaint ("FAC") ("Order"), dismissing without prejudice the claims against Defendant and directing Plaintiffs to file any amended complaint no later than 28 days from the issuance of the Order;

WHEREAS, on August 21, 2025, Plaintiffs filed the SAC against Defendant;

WHEREAS, Defendant's counsel informed Plaintiffs' counsel that Defendant intends to move to dismiss the SAC;

WHEREAS, on August 26, 2025, the Court granted the parties' Stipulation and [Proposed] Order Regarding Briefing Schedule and Page Limits for Motion to Dismiss the SAC (Dkt. 72, "First Stipulation and Order"), entering the following briefing schedule and page limits:

- **Defendant's motion to dismiss the SAC:**  October 10, 2025, no more than 25 pages
- **Plaintiffs' opposition to Defendant's motion to dismiss:**  November 24, 2025, no more than 25 pages
- **Defendant's reply in support of the motion to dismiss:**  December 19, 2025, no more than 15 pages
- **Motion hearing:**  January 16, 2026 at 10:00 a.m. by videoconference;

WHEREAS, on October 6, 2025, Defendant's counsel conferred with Plaintiffs' counsel to request amending the briefing schedule and continuing the January 16, 2026 motion hearing in order to accommodate the unforeseen travel and scheduling conflicts of Defendant's counsel, and Plaintiffs' counsel agreed;

WHEREAS, the parties agree that the page limits set forth in the First Stipulation and Order should continue to apply to any motion to dismiss the SAC and the associated response and reply thereto; and

1    WHEREAS, the parties previously stipulated to extend the deadline for Defendant to respond to the FAC and the SAC, and the parties' requested time modification below will not otherwise affect the schedule for the case.

IT IS HEREBY STIPULATED AND AGREED THAT, subject to the Court's approval, as follows:

1. On or before October 17, 2025, Defendant shall file his motion to dismiss the SAC.

2. On or before December 8, 2025, Plaintiffs shall file their brief in opposition to the motion to dismiss the SAC.

3. On or before January 2, 2026, Defendant shall file his reply brief in support of the motion to dismiss the SAC.

4. The parties respectfully request that the motion hearing, currently scheduled for January 16, 2026 at 10:00 a.m. by videoconference, be continued to a later date as the Court determines to be appropriate.

Dated:   October 6, 2025                POMERANTZ LLP


By:   /s/ Jennifer Pafiti
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

POMERANTZ LLP
J. Alexander Hood II (*pro hac vice*)
Samantha Daniels (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com
sdaniels@pomlaw.com

*Counsel for Lead Plaintiff Richard Rodriguez and Tammy Beal and Lead Counsel for the Class*

1  Dated:   October 6, 2025                FENWICK & WEST LLP

3                                          By:   */s/ Catherine D. Kevane*
                                                 Catherine D. Kevane (CSB No. 215501)
4                                                Marie C. Bafus (CSB No. 258417)
                                                 555 California Street, 12th Floor
5                                                San Francisco, CA 94104
                                                 Telephone: (415) 875-2392
6                                                ckevane@fenwick.com
                                                 mbafus@fenwick.com

                                                 Y. Monica Chan (*pro hac vice*)
8                                                401 Union Street, 5th Floor
                                                 Seattle, WA 98101
9                                                Telephone: (206) 389-4510
                                                 mchan@fenwick.com

                                                 *Counsel for Defendant Andrew R. Allen*

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest that concurrence in the filing of this document has been obtained from counsel for Lead Plaintiff Richard Rodriguez and Additional Plaintiff Tammy Beal.

By: */s/ Catherine D. Kevane*
    Catherine D. Kevane

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE