CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
MARIE C. BAFUS (CSB No. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

KATHRYN HAUH (CSB No. 347786)
khauh@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:     650.988.8500
Facsimile.      650.938.5200

Y. MONICA CHAN (admitted *pro hac vice*)
mchan@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA  98101
Telephone:     206.389.4510
Facsimile:     206.389.4511

Attorneys for Defendant Andrew R. Allen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GRITSTONE BIO, INC. SECURITIES LITIGATION | Case No.: 3:24-cv-03640-CRB |
| | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **[PROPOSED] ORDER GRANTING DEFENDANT ANDREW R. ALLEN'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |
| | Date:          February 6, 2026<br>Time:          10:00 a.m.<br>Dept:          Courtroom 6—17th Floor<br>Judge:        Hon. Charles R. Breyer |

FENWICK & WEST LLP
ATTORNEYS AT LAW

FENWICK & WEST LLP
ATTORNEYS AT LAW

Having considered Defendant Andrew R. Allen's Motion to Dismiss ("Motion") Plaintiffs' Second Amended Complaint ("SAC"), Plaintiffs' Opposition, and Defendant Allen's Reply, as well as all papers and pleadings on file in this matter and the argument of counsel, the Court now rules as follows:

Plaintiffs have not satisfied the requirements of Fed. R. Civ. P. 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995 ("PSLRA") and have not alleged facts sufficient to state a claim for violation of Sections 10(b) or 20(a) of the Securities Exchange Act of 1934, including because:

1. Plaintiffs fail to allege specific, contemporaneous facts showing that any challenged statement was material and false, misleading, or otherwise actionable;

2. As before in the Amended Complaint ("AC"), the SAC challenges the same forward-looking statements and statements of corporate optimism, which are still not actionable for the reasons explained in the Court's July 24, 2025 Order Granting Motions to Dismiss Plaintiffs' AC (Dkt. 69);

3. Plaintiffs fail to plead particularized facts raising the strong, cogent, and compelling inference of scienter required by the PSLRA and governing law, and viewed holistically, the facts and circumstances weigh against any inference of scienter;

4. Plaintiffs fail to adequately plead loss causation; and

5. Plaintiffs fail to state a claim for control person liability under Section 20(a) where they failed to plead a primary violation of Section 10(b).

Thus, IT IS HEREBY ORDERED that Defendant Allen's Motion is GRANTED, and the SAC is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____     _____

HONORABLE CHARLES R. BREYER
United States District Judge