CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
MARIE C. BAFUS (CSB No. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

KATHRYN HAUH (CSB No. 347786)
khauh@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:     650.988.8500
Facsimile.     650.938.5200

Y. MONICA CHAN (admitted *pro hac vice*)
mchan@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA  98101
Telephone:     206.389.4510
Facsimile:     650.938.5200

Attorneys for Defendant ANDREW R. ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GRITSTONE BIO, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No.: 3:24-cv-03640-CRB<br><br>CLASS ACTION<br><br>**DECLARATION OF MARIE C. BAFUS IN SUPPORT OF DEFENDANT ANDREW ALLEN'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Date:      February 6, 2026<br>Time:      10:00 a.m.<br>Dept:      Courtroom 6—17th Floor<br>Judge:     Hon. Charles R. Breyer |

FENWICK & WEST LLP
ATTORNEYS AT LAW

I, Marie C. Bafus, declare as follows:

1.      I am an attorney admitted to practice before this Court and a partner at the law firm of Fenwick & West LLP ("Fenwick"), counsel for Defendant Andrew R. Allen in this action.

2.      The purpose of this declaration is to provide the Court with exhibits relevant to Defendant Allen's Motion to Dismiss the Second Amended Complaint, filed concurrently herewith. As explained below, these exhibits include (i) Gritstone bio, Inc.'s ("Gritstone" or the "Company") press releases, earnings releases, earnings call transcripts and filings with the Securities and Exchange Commission (the "SEC"), including the statements which are the subject of the Second Amended Complaint, and (ii) a written agreement specifically referred to and/or quoted in the Second Amended Complaint.  I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters described below.

3.      Attached as **Exhibit 1** is a true and correct copy of excerpts of Gritstone's Form 10-K for the fiscal year ended December 31, 2022, filed with the SEC on or about March 9, 2023, with relevant portions highlighted for convenience.

4.      Attached as **Exhibit 2** is a true and correct copy of excerpts of Gritstone's Form 10-Q for the quarter ended March 31, 2023, filed with the SEC on or about May 11, 2023, with relevant portions highlighted for convenience.

5.      Attached as **Exhibit 3** is a true and correct copy of excerpts of Gritstone's May 11, 2023 earnings conference call transcript for Q1 2023, with relevant portions highlighted for convenience.

6.      Attached as **Exhibit 4** is a true and correct copy of excerpts from Gritstone's Form 10-Q for the quarter ended June 30, 2023, filed with the SEC on or about August 9, 2023, with relevant portions highlighted for convenience.

7.      Attached as **Exhibit 5** is a true and correct copy of Gritstone's Form 8-K announcing its entry into a contract with the Biomedical Advanced Research and Development Authority ("BARDA") on September 27, 2023, filed with the SEC on or about September 27, 2023, with relevant portions highlighted for convenience.

FENWICK & WEST LLP
ATTORNEYS AT LAW

8.      Attached as **Exhibit 6** is a true and correct copy of the contract entered into between the Company and BARDA ("BARDA Contract"), last executed as of September 27, 2023, which was filed with the SEC as an exhibit to Form 10-Q on or about November 8, 2023, with relevant portions highlighted for convenience.

9.      Attached as **Exhibit 7** is a true and correct copy of Gritstone's September 27, 2023 press release, entitled "Gritstone bio Awarded BARDA Contract to Conduct Comparative Phase 2b Study Evaluating Next-Generation Vaccine Candidate for COVID-19 Valued at up to $433 Million," which was filed with the SEC on that same date as an exhibit to Form 8-K, with relevant portions highlighted for convenience.

10.     Attached as **Exhibit 8** is a true and correct copy of an October 11, 2023 press release, entitled "Presentations at IDWeek 2023 Highlight Potentially Differentiated Immunogenicity of Gritstone bio's Next Generation COVID-19 Vaccine," with relevant portions highlighted for convenience.

11.     Attached as **Exhibit 9** is a true and correct copy of excerpts of Gritstone's Form 10-Q for the quarter ended September 30, 2023, filed with the SEC on or about November 8, 2023, with relevant portions highlighted for convenience.

12.     Attached as **Exhibit 10** is a true and correct copy of Gritstone's November 8, 2023 earnings release, entitled "Gritstone bio Reports Third Quarter 2023 Financial Results and Provides Corporate Updates," which was filed with the SEC on that same date as an exhibit to Form 8-K, with relevant portions highlighted for convenience.

13.     Attached as **Exhibit 11** is a true and correct copy of Gritstone's February 12, 2024 press release, entitled "Gritstone bio Announces Update to Comparative Phase 2b COVID-19 Clinical Trial," with relevant portions highlighted for convenience.

14.     Attached as **Exhibit 12** is a true and correct copy of Gritstone's Form 8-K filed with the SEC on or about February 12, 2024, with relevant portions highlighted for convenience.

15.     Attached as **Exhibit 13** is a true and correct copy of Gritstone's February 29, 2024 press release, entitled "Gritstone bio Announces Workforce Reduction," with relevant portions highlighted for convenience.

16. Attached as **Exhibit 14** is a true and correct copy of excerpts of Gritstone's Form 10-K for the fiscal year ended December 31, 2023, filed with the SEC on or about March 5, 2024, with relevant portions highlighted for convenience.

17. Attached as **Exhibit 15** is a true and correct copy of Gritstone's March 5, 2024 earnings release, entitled "Gritstone bio Reports Fourth Quarter and Full Year 2023 Financial Results and Provides Corporate Updates," which was filed with the SEC on that same date as an exhibit to Form 8-K, with relevant portions highlighted for convenience.

18. Attached as **Exhibit 16** is a true and correct copy of Gritstone's April 1, 2024 press release, entitled "Gritstone bio Announces Proposed Public Offering," with relevant portions highlighted for convenience.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17th day of October, 2025.

_____
Marie C. Bafus (CSB No. 258417)

FENWICK & WEST LLP
ATTORNEYS AT LAW