# Exhibit 3

**News**Room

5/11/23 FD (Fair Disclosure) Wire 19:30:00

FD (Fair Disclosure) Wire
Copyright (c) 2023 Refinitiv, an LSEG business, and VIQ Media Transcription, Inc.

May 11, 2023

Q1 2023 Gritstone bio Inc Earnings Call - Final

Presentation

OPERATOR: My name is Erica, and welcome to Gritstone bio's First Quarter 2023 Earnings Conference Call. Please note this event is being recorded. At this time, I'd like to introduce[#]#[#] George MacDougall, Director, Investor Relations and Corporate Communications at Gritstone. Please go ahead, sir.

GEORGE MACDOUGALL, DIRECTOR OF IR & CORPORATE COMMUNICATIONS, GRITSTONE BIO, INC.: Thank you, Erica, and thank you, everyone, for joining us for Gritstone bio's conference call to discuss our financial results, clinical and business updates for the first quarter of 2023. With me on the call today from Gritstone Bio are Andrew Allen, Co-Founder, President and CEO; and[#]#[#] Vassiliki Economides, Executive Vice President and Chief Financial Officer.[#]#[#]

Today, after the market closed, we issued a press release providing our first quarter 2023 financial results as well as clinical and business updates. The press release is available on our website. I'd like to remind you that today's call is being webcast live via a link on Gritstone's Investor Relations website, where a replay will be available after its completion.[#]#[#]

After our prepared remarks, we will open up the call for Q&A. During the course of this call, we will make forward-looking statements that are based on current expectations. These forward-looking statements are subject to a number of significant risks and uncertainties, and our actual results may differ materially from those described. We encourage you to review the risk factors in our most recent Form 10-K filed with the U.S. Securities and Exchange Commission and available on our website.[#]#[#]

All statements on this call are made as of today based on information currently available to us. Except as required by law, we disclaim any obligation to update such statements even if our views change. With that, let me turn the call over to Andrew. Andrew?

ANDREW R. ALLEN, CO-FOUNDER, PRESIDENT, CEO & DIRECTOR, GRITSTONE BIO, INC.: Thanks, George, and good afternoon, everybody. Thanks for joining us for our first quarter 2023 conference call. This is a really exciting time for Gritstone. Significant momentum has been established for our personalized cancer vaccine, or PCV program called GRANITE, which is driving towards randomized clinical trial data. And with infectious disease, we're making great strides in realizing the untapped potential of self-amplifying mRNA. I'll begin today's call with a review of recent clinical and corporate developments, including the expansion of the[#]#[#] GRANITE[#]#[#] study we announced today. Sen will then present our financials, and I'll come back to share closing remarks. Okay, let's dive right in.[#]#[#]

So most important to share with you today is the update regarding[#]#[#] GRANITE, which is currently in the Phase II part of a Phase II/III study in patients with newly diagnosed metastatic microsatellite stable colorectal cancer. I'll refer to this as MSSCRC. This morning, we shared an enrollment update from the study. And I'm delighted to tell you that we're enrolling at

a rapid pace and very close to achieving our initial target enrollment of 80 patients. We also announced that we've made the strategic decision to expand the Phase II portion of the Phase II/III study to 100 total patients. And in order to do this, we'll be shifting near-term funds from our off-the-shelf neoantigen program, SLATE.[#]#[#]

SLATE is a key part of the future, but our planned randomized trial is not expected to deliver data near term, of course, and thus must play second fiddle to[#]#[#] GRANITE[#]#[#] as we maximize the potential of this high-value PCV opportunity. Now over the years, you've heard me speak of our strong belief that our PCV approach could be uniquely capable of unlocking the power of immunotherapy for patients with immunologically cold tumors.[#]#[#]

Our Phase I/II data from[#]#[#] GRANITE[#]#[#] in advanced cancer patients that included immunologically cold tumors, published in Nature Medicine last summer, provided strong clinical data in support of the therapeutic hypothesis. Moderna's recent positive Phase IIb data presented at AACR in April provided further evidence supporting the PCV approach in Moderna's case, in the immunologically hot context of adjuvant melanoma. And then just yesterday in Nature, Vinod Balachandran and his team from Memorial Sloan Kettering, published data in the adjuvant therapy of pancreatic ductal adenocarcinoma with some provocative immunology and clinical data, potentially further supporting TCV, this time in the cold context of pancreatic cancer.[#]#[#]

Our current[#]#[#] GRANITE[#]#[#] trial is how this all comes together, with our Phase II study potentially being the first to deliver randomized data supporting a neoantigen-based PCV against MSSCRC. And I think it's widely recognized that if[#]#[#] GRANITE[#]#[#] delivers benefit in metastatic MSSCRC and notoriously cold tumor that is difficult to treat with immunotherapy, the opportunity for further application is enormous and potentially encompasses all solid tumors, both hot and cold.[#]#[#]

Now there are several reasons why we elected to expand the Phase II study. Let me detail them. Firstly, a larger number of patients will provide a better estimate of treatment effect size, which will, in turn, inform an optimal Phase III study sample size. So to drill down on that point, the current study is designed as a Phase II/III. And to remind you, the primary efficacy endpoint for the Phase II component is a molecular response or ctDNA response, with secondary endpoints, including progression-free survival, or PFS, and overall survival or OS. Now we anticipate discussing the Phase II data with regulatory authorities in the first half of 2024 and then moving into Phase III.[#]#[#]

The Phase III primary efficacy endpoint is to be determined based on our interaction with regulators, but it is likely to be a traditional endpoint such as PFS or OS. Powering the Phase III study for a time-to-event endpoint will be done using observed Phase II data. Since the Phase II and III components are statistically separate, the greater the precision of the estimate of treatment effect size from Phase II data, the easier it is to power Phase III appropriately.[#]#[#]

Secondly, momentum behind study enrollment has been very strong. As of May 10, 2023, we've randomized 71 of the initially planned 80 patients, and that number has already gone up, and approximately half of these were randomized in 2023. All sites are screening and consenting enthusiastically, and we expect this strong enrollment trend to continue for the foreseeable future. We anticipate completing enrollment of the full 100 subjects in the third quarter of 2023. Now sadly, worth reflecting on, this momentum arises in part from the high unmet clinical need. Colorectal cancer is the second leading cause of cancer death in the United States, and over 150,000 people are expected to be diagnosed with CRC this year alone. Median survival for patients with metastatic disease is around 2 years. Better therapeutics are desperately needed. Innovation is needed, and we aim to deliver both.[#]#[#]

Thirdly,[#]#[#] GRANITE[#]#[#] is the tip of the spear for our neoantigen programs. The basic idea is that delivering many neoantigens to solid tumor patients in a potent vaccine that drives strong CD8 T cell responses will drive clinical benefit. Now Granite seeks to do exactly that, leveraging our neural network epitope identification platform, Edge, to accurately predict which subset of tumor DNA mutations forms true neoantigens that will stimulate an effective antitumor immune response. And our published clinical data show that patients mount strong T-cell responses to most of the administered neoantigens, with T-cells

WESTLAW    © 2024 Thomson Reuters. No claim to original U.S. Government Works.    2

trafficking into their tumors and killing tumor cells, as evidenced by the approximately 50% molecular response rate that we've observed. And as you are well aware, our data further show that those patients with molecular responses experience extended overall survival versus those without.[#]#[#]

However, a PCV approach will always take more time and cost than an off-the-shelf approach. And we're rapidly building out our off-the-shelf program, SLATE, which delivers shared tumor-specific antigens to each patient, but it is temporarily behind[#]#[#] GRANITE[#]#[#] in development. It takes work and time to identify high-quality shared tumor-specific antigens that can be combined into a single vaccine that delivers multiple relevant antigens to each patient. So where[#]#[#] GRANITE[#]#[#] leads, SLATE will likely follow. However, showing that[#]#[#] GRANITE[#]#[#] delivers efficacy in a randomized controlled trial is our highest near-term priority.[#]#[#]

Now before we move on from[#]#[#] GRANITE[#]#[#] in oncology, I'd like to draw your attention to the value of circulating tumor DNA or ctDNA as an efficacy biomarker. Reduction in ctDNA referred to as a molecular response, is rapidly emerging as a likely superior surrogate biomarker of efficacy over radiology in the early assessment of solid tumor immunotherapy. It makes particular sense for us at Gritstone to assess molecular response in our studies because we aim to drive T cells into tumor lesions, where we have shown that they can meet cognate antigens and proliferate, potentially making the lesions appear bigger. This obviously makes radiology-based tools susceptible to errors of mislabeling.[#]#[#]

lesions that increase or remain stable in size are labeled as progressive disease or stable disease, respectively, when in fact, the patient's immune system may be newly at the wall with their tumor, i.e., anything but stable. ctDNA dynamics are casting light on the key issue of what's actually going on in those complex lesions. Tumor cell destruction is reflected by a decrease in ctDNA over time. Now the molecular response is defined as a 30% reduction in ctDNA as the primary endpoint for the Phase II portion of our[#]#[#] GRANITE[#]#[#] study. We originally powered the study for this endpoint, and we've waited for mature clinical data from our Phase I/II study in advanced cancer patients to allow us to carefully define molecular response in a data-driven manner that is expected to best predict overall survival in colorectal cancer. Now to remind you, no one has done this before. So we've had to build the framework ourselves.

No one's ever generated strong de novo neoantigen-specific T cell responses in cold tumor patients before. No one's combined this with checkpoint inhibition. So there is no off-the-shelf answer to the question, what's the best surrogate endpoint for overall survival? We've had to find the answer and that's exactly what we've done. We've generated data in Phase I/II, and we're now deploying a data-driven definition to establish efficacy in a randomized controlled Phase II trial.[#]#[#]

Once efficacy has been demonstrated in Phase II, will proceed into a pivotal Phase III. And as I've already noted, we anticipate using traditional efficacy endpoints such as PFS or OS in the pivotal trial, but there is a possibility that molecular response will have accrued enough support by 2024 to be used as a surrogate endpoint for accelerated approval. We would like that, but we are not dependent on it. We're very excited by the[#]#[#] GRANITE[#]#[#] Phase II trial, the momentum it's gained, and its potential to serve as a major advance in cancer immunotherapy as we seek to extend the emerging benefits of PCV to cold tumors. We will update you further on enrollment once complete, and we look forward to sharing preliminary data in the first quarter of 2024.[#]#[#]

Now let's move over to infectious disease, where data demonstrating potential advantages of self-amplifying mRNA or SAM RNA, over first-generation mRNA vaccines continue to flow from our clinical-stage coral program centered on SARS-CoV-2. And the differentiation of SAM RNA from mRNA is now becoming clearer. The prolonged antigen expression associated with SAM RNA vaccines appears to be translating into a more durable neutralizing antibody response, potentially reducing the need for frequent boosts of vaccinations. And the replication of the RNA once in the cell appears to enable similar immunogenicity as nonamplifying mRNA at a fraction of the dose, offering a cost of goods benefit. In April of this year, we presented new 6-month neutralizing antibody data from our ongoing Phase 1 coal boost and ColSEPI studies at the 33rd European Congress of Clinical Microbiology and Infectious Diseases, also known as ECMED. These presentations in Copenhagen demonstrated that

the robust neutralizing antibody responses driven by our SAM RNA vaccine candidates persist for at least 6 months regardless of setting and across multiple subject populations.[#]#[#]

Of note in the cola presentation, we reported high neutralizing antibody levels and persistence at 6 months in over 100 vaccine-naive subjects, a meaningful increase in subject numbers versus our prior data reports. SAM RNA is rapidly emerging as a tolerable immunogenic and flexible next-generation platform for vaccines against infectious diseases, including COVID-19 and the induction of broad, long-term and potentially variant-proof immune responses that we're seeing in our Phase I studies is highly promising for the field. We look forward to continuing to work with collaborators to demonstrate the full potential of our SAM RNA platform against both SARS-CoV-2 and other important viruses. We expect to share additional data from our core program this fall, and these data will relate to different immunogen designs, illustrating the flexibility of the platform to accommodate both B-cell and T-cell epitopes in efficient formats.[#]#[#]

It is clear that there is still need for next-generation solutions against COVID-19 and the recent actions by the White House and BARDA are encouraging signals that the pursuit of enhanced breadth and durability of protection is not going to the wayside. Outside of our PCV and SARS-CoV-2 programs, our forward-looking efforts to identify and develop potentially transformative vaccines continues. Our partnership with Gilead to develop a vaccine-based curative immunotherapy treatment for HIV remains active and ongoing in a Phase I study. And promising results from a preclinical study in nonhuman primates within this program were presented at the conference on retroviruses and opportunistic infections in January. And our preclinical projects against human papillomavirus, influenza, and a new combination vaccine against multiple respiratory viruses continue to progress well. I'll now turn it over to Celia, who will provide more color on our financial results for the first quarter of 2023. Celia?

VASSILIKI ECONOMIDES, EXECUTIVE VP & CFO, GRITSTONE BIO, INC.: Thank you, Andrew. Good afternoon, everyone. We maintained a strong cash position in the first quarter of 2023 and have been able to extend our runway for multiple sources, adding this recent quarter with $153.2 million in cash, cash equivalents, marketable securities, and restricted cash. Our runway has now been extended into mid-2024. In addition to utilizing our ATM program from time to time, you'll recall we also have an $80 million credit facility with Hercules Capital and Silicon Valley Bank, a division of First Citizens Bank.[#]#[#]

During the first quarter, we drew an additional $10 million from the facility, totaling $30 million to date. We also have the option to draw an additional $10 million before the end of 2023, and the remaining $40 million will be available through June 15, 2024, upon the achievement of certain milestones by Gritstone.[#]#[#]

While we have taken steps to extend our runway so far in 2023, we also have multiple potential avenues to secure additional capital. These include but are not limited to, drawing down additional funds from our existing credit facility, establishing new or expanding existing collaborations, and other nondilutive funding sources such as a potential $40 million milestone payment from Gilead on our HIV cure partnership. Turning now to our first quarter 2023 operating results. We reported a net loss of $34 million compared with $28.9 million for the same period last year. Our research and development expenses were $30.5 million for the 3 months ended March 31 and 2023 compared with $28.2 million for the same period in 2022. The increase in R&D costs was primarily due to increases in personnel-related costs and laboratory supplies. Specifically, for our[#]#[#] GRANITE[#]#[#] program-related expenses, we incurred $5.4 million in the first quarter of 2023 compared to $2.7 million for the same period last year.[#]#[#]

The increase was primarily due to the continued execution of the ongoing Phase II/III trial in first-line maintenance, MSSCRC. For the period ending March 31, 2023, we were able to reduce general and administrative expenses to $6.7 million from $8 million for the same period in 2022 by managing our spend on outside services and facilities-related costs. You may recall that the establishment of collaborations and partnerships is a core part of our business strategy as we continue to leverage our unique platforms and capabilities. Gritstone's collaboration license and grant revenue for the first quarter ending March 31, 2023, totaled $2.4 million compared to $7.2 million for the same period in 2022. These also include collaboration revenue of $0.1 million related to the Gilead agreement and $0.4 million related to the 270 Bio agreement.[#]#[#]

Case 3:24-cv-03640-CRB   Document 76-3   Filed 10/17/25   Page 6 of 6

This also includes grant revenue of $1.5 million from the CEPI funding agreement and $0.4 million from the Gates Foundation. Finally, as of the end of the first quarter 2023, Gritstone had 87,848,417 shares of common stock outstanding and pre-funded warrants outstanding to purchase 13,573,704 shares of common stock at a nominal exercise price of $0.01 per share and 13,274,923 shares of common stock at a nominal exercise price of $100 per share.[#]#[#]

In summary, we are pleased to have maintained a strong cash position and extended our runway during the first quarter of this year and are confident in our ability to execute on our strategic objectives. I'll now turn the call back over to Andrew for some closing remarks. Andrew?

ANDREW R. ALLEN: Thanks, Silia. So as described today, happily, Gritstone is in a period of significant momentum. Robust enrollment within our PCV program,[#]#[#] GRANITE,[#]#[#] has enabled study expansion and the generation of additional clinical and scientific data to inform the future development of[#]#[#] GRANITE[#]#[#] and further validate our approach to solid tumors. Within infectious disease, we're pioneering a novel technology that could represent the next RNA platform approach against SARS-CoV-2 and beyond. We look forward to continuing to share our findings with you as progress continues. And with that, I'd like to thank you all for joining us today, and I'll now turn the call over to the operator for questions. Erica?

Questions and Answers

OPERATOR: (Operator Instructions)[#]#[#] Our first question comes from Marc from Cowen.

MARC ALAN FRAHM, MD & ANALYST, TD COWEN, RESEARCH DIVISION: Congrats on all the progress and it sounds like some pretty exciting enrollment numbers that you're seeing these days. Maybe just to start off on the change in trial size. Can you talk through the kind of process that led to that decision? Was this initiated entirely by[#]#[#] Gritstone or is this something maybe regulators ask you to think about? And then can you walk through the kind of the powering assumptions that are now built into the trial given the new trial size?

ANDREW R. ALLEN: Yes. Thanks, Mark. This was a Gritstone-generated decision. Phase II basically is up to us. And obviously, what we're trying to do is optimize for Phase III now. And we are in the fortunate position that just a short period of extended open enrollment will put in a meaningful number of incremental patients. And it's really that combination that drove us to make this decision. Now the primary endpoint of Phase II, as you're aware, is molecular response. That's a binary outcome, and we are extremely well-powered to detect at least a 20% difference between the 2 arms of the study.[#]#[#]

We're in the high 90s power for that endpoint. What we're now more interested in actually is looking beyond the primary efficacy endpoint for Phase II and starting to think about planning for Phase III. And of course, Phase II will all be about the size of the study. And so the current thinking, and let's recognize, we have not yet discussed this with the agency, but the way we approach this is to assume conservatively that we'll be using a traditional endpoint. The most traditional will be OS. Obviously, PFS has a good history in colorectal cancer. And we may be able to use PFS if we don't see too much pseudoprogression. So the data will help us make that decision.[#]#[#]

But then you have to just think about the powering of the Phase III study. And obviously, more is always good from a power perspective, but more slower and more expensive. And so you want to size it appropriately. You don't want to overpower but you don't want to underpower Phase III. And the best way to gauge that is to have a good estimate of that endpoint from your Phase II study. And so really, that's what we're trying to accomplish here. By putting on this incremental 20 patients, we both increased the power against PFS and OS, although those are only secondary endpoints. But perhaps more importantly, we'll have a more accurate estimate of treatment effect size, which then feeds directly into the sample size for the Phase III study.[#]#[#]

And the way to think about it, I think, is that you can make a reasonable assessment early on. And then as you launch the Phase III study as the Phase II data mature, you could then do a sample size reassessment based on the Phase II data to modify the Phase III sample size to more fully reflect mature Phase II data. And obviously, because these are statistically independent