CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
MARIE C. BAFUS (CSB No. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

Counsel for Defendant ANDREW R. ALLEN

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GRITSTONE BIO, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No.: 3:24-cv-03640-CRB<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE AND STAYING RULING ON MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Hon. Charles R. Breyer |

Pursuant to Civil Local Rule 6-2, Lead Plaintiff Richard Rodriguez and Additional Plaintiff Tammy Beal ("Plaintiffs") and Defendant Andrew R. Allen ("Defendant") respectfully request that the Court enter the parties' stipulation below to continue the motion hearing and stay any ruling on Defendant's motion to dismiss the Second Amended Complaint (Dkt. 70, "SAC").

WHEREAS, on July 24, 2025, the Court granted Defendant's motion to dismiss the First Amended Complaint ("Order"), dismissing without prejudice the claims against Defendant and directing Plaintiffs to file any amended complaint no later than 28 days from the issuance of the Order;

WHEREAS, on August 21, 2025, Plaintiffs filed the SAC against Defendant;

WHEREAS, on October 7, 2025, the Court entered the parties' stipulation amending the briefing schedule and continuing the January 16, 2026 hearing date for Defendant's motion to dismiss the SAC ("October Briefing Schedule Order");

WHEREAS, pursuant to the October Briefing Schedule Order, Defendant filed his motion to dismiss the SAC ("Motion") on October 17, 2025, and Plaintiffs filed their opposition to the Motion on December 8, 2025;

WHEREAS, on December 31, 2025, the Court entered the parties' stipulation amending the briefing schedule for Defendant's reply in support of the Motion ("December Briefing Schedule Order");

WHEREAS, pursuant to the December Briefing Schedule Order, Defendant filed his reply in support of the Motion on January 9, 2026;

WHEREAS, Defendant's Motion is scheduled to be heard by the Court on February 6, 2026 (the "Hearing");

WHEREAS, Defendant's counsel and Plaintiffs' counsel have conferred and agreed to participate in a confidential mediation, currently scheduled for March 30, 2026, in an attempt to resolve this action; and

WHEREAS, the parties believe that continuing the Hearing and staying any consideration of and ruling on Defendant's Motion until after the parties have engaged in good-faith mediation efforts would be most efficient and preserve the Court's and the parties' resources.

FENWICK & WEST LLP
ATTORNEYS AT LAW

IT IS HEREBY STIPULATED AND AGREED THAT, subject to the Court's approval, as follows:

1. The Hearing on Defendant's Motion shall be continued to a later date as the Court deems appropriate following the parties' mediation on March 30, 2026.

2. The Court will stay consideration of and any ruling on Defendant's Motion pending the parties' March 30, 2026 mediation.

3. No later than April 30, 2026, the parties shall file a joint status report regarding whether the stay should be extended or lifted and whether the Hearing should be rescheduled.

Dated: January 12, 2026                     POMERANTZ LLP


By:  /s/ Jennifer Pafiti
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

POMERANTZ LLP
J. Alexander Hood II (*pro hac vice*)
Samantha Daniels (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com
sdaniels@pomlaw.com

*Counsel for Lead Plaintiff Richard Rodriguez and Tammy Beal and Lead Counsel for the Class*

Dated: January 12, 2026                     FENWICK & WEST LLP


By:  /s/ Catherine D. Kevane
Catherine D. Kevane (CSB No. 215501)
Marie C. Bafus (CSB No. 258417)
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2392
ckevane@fenwick.com

mbafus@fenwick.com

Y. Monica Chan (*pro hac vice*)
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: (206) 389-4510
mchan@fenwick.com

*Counsel for Defendant Andrew R. Allen*

## ATTESTATION OF CONCURRENCE IN FILING

I hereby attest that concurrence in the filing of this document has been obtained from counsel for Lead Plaintiff Richard Rodriguez and Additional Plaintiff Tammy Beal.

By: /s/ Catherine D. Kevane
Catherine D. Kevane

## [PROPOSED] ORDER

Motion hearing reset to May 1, 2026 at 10:00 a.m. by video conference.

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

DATED: January 14, 2026

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE