POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Richard Rodriguez
 and Lead Counsel for the Class*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GRITSTONE BIO, INC. SECURITIES LITIGATION | Case No.: 3:24-cv-03640-CRB |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JOINT STATUS REPORT REGARDING NOTIFICATION OF SETTLEMENT AND [PROPOSED] ORDER |
| | Hon. Charles R. Breyer |

**JOINT STATUS REPORT REGARDING NOTIFICATION OF SETTLEMENT**

Lead Plaintiff Richard Rodriguez ("Plaintiff") and Defendant Andrew R. Allen ("Defendant") by and through their undersigned counsel, herby submit the following Joint Status Report.

The parties hereby notify the Court that they have reached a settlement in principle that would resolve their disputes and are working on finalizing the settlement terms.

The agreement was reached pursuant to a mediator's proposal after the parties' mediation on April 22, 2026.

The parties anticipate filing the motion to preliminarily approve the settlement on May 15, 2026. The parties respectfully request that all further proceedings in the Action, other than with respect to effectuating the settlement, be stayed pending preliminary and final approval of the settlement. In light of the settlement, the parties also respectfully request that the pending hearing on the motion to dismiss be taken off calendar.

Dated: April 30, 2026                    POMERANTZ LLP

By: *Samantha Daniels*
Samantha Daniels (pro hac vice)
J. Alexander Hood II (pro hac vice)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
sdaniels@pomlaw.com
ahood@pomlaw.com

*Counsel for Lead Plaintiff Richard Rodriguez and Tammy Beal and Lead Counsel for the Class*

*POMERANTZ LLP*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

JOINT STATUS REPORT REGARDING NOTIFICATION OF SETTLEMENT AND [~~PROPOSED~~] ORDER                                        3:24-cv-03640-CRB

1

Dated: April 30, 2026

FENWICK & WEST LLP

By: *Catherine D. Kevane*
Catherine D. Kevane (CSB No. 215501)
Marie C. Bafus (CSB No. 258417)
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2392
ckevane@fenwick.com
mbafus@fenwick.com

Y. Monica Chan (pro hac vice)
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: (206) 389-4510
mchan@fenwick.com

*Counsel for Defendant Andrew R. Allen*

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendant Andrew R. Allen.

**[~~PROPOSED~~] ORDER**

The Court HEREBY stays all proceedings until __July 31, 2026_____.

SO ORDERED.

DATED: __April 30, 2026_____

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

JOINT STATUS REPORT REGARDING NOTIFICATION OF SETTLEMENT AND [PROPOSED]
ORDER                                                    3:24-cv-03640-CRB