United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TAMMY BEAL,
Plaintiff,

v.

ANDREW R. ALLEN,
Defendant.

Case No. 24-cv-03640-CRB

**ORDER DENYING ADMINISTRATIVE MOTION TO RELATE CASES**

Defendant filed an administrative motion requesting this Court consider whether two other actions, Pitta v. Allen, et al., No. 24-cv-6018 ("Pitta 1"), and Pitta v. Allen, et al., No. 26-cv-10490 ("Pitta 2"), should be related to this case. Def.'s Admin. Mot. to Consider Whether Cases Should Be Related (dkt. 94). Trustee Thomas Pitta filed a limited opposition, arguing the Court should deny the motion to relate without prejudice while the parties brief and argue a motion to remand in Pitta 2. Tr. Thomas Pitta's Ltd. Opp. to Def.'s Mot. to Relate (dkt. 95). The Court agrees that any order relating these matters is premature before the remand motion is settled.

Local Rule 3-12 requires courts to relate actions when (1) they "concern substantially the same parties, property, transaction, or event"; and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a). Unlike in this action, the complaint in Pitta 2 raises exclusively state law claims. See Compl. (dkt. 1-1), Pitta 2, No. 26-cv-10490. Defendants removed Pitta 2 to federal court based on diversity jurisdiction, and Plaintiff now challenges that removal as improper. See Mot. to Remove (dkt. 10) at 6, Pitta 2, No. 26-cv-10490. These jurisdictional issues are distinct

from this case, where jurisdiction is uncontested. See, e.g., Order Granting Without Prejudice Mot. to Dismiss (dkt. 69). This Court risks no duplication of labor and expense or conflicting results by awaiting the Pitta 2 court's decision on the motion to remand. See, e.g., Toth v. Envivo, Inc., No. 12-5636, 2013 WL 5596965, at *2 (N.D. Cal. Oct. 11, 2013) (finding no risk of undue duplication of labor or expenses where removal was possible prior to relation). Indeed, resolving jurisdictional issues at the earliest stage possible is likely only to preserve judicial resources.

For the foregoing reasons, this Court **DENIES** the Motion to Relate without prejudice, with leave to re-file after the motion to remand is resolved in Pitta 2.

**IT IS SO ORDERED.**

Dated: October 27, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California